Suzanne C. Leidner
LEIDNER & LEIDNER
4622 Hollywood Blvd.
Los Angeles, CA 90027
Tel: (323) 664-5670   eMail: scleidner@aol.com
Fax:(323)662-0840
State Bar of California #090387

Attorney for Plaintiff
Blanca Zaldana

*UNITED STATES DISTRICT COURT*
CENTRAL DISTRICT OF CALIFORNIA.

| | |
|---|---|
| BLANCA ZALDAA<br><br>Plaintiff<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>Defendant. | CASE NO.:  CV 13 07820 RNB<br><br>[Proposed] Order Awarding EAJA Fees |

IT IS ORDERED that based upon the parties Stipulation for the Award and Payment of Equal Access to Justice (EAJA) Fees, Plaintiff shall be awarded

///

///

///

-1-

attorney fees under EAJA in the amount of FIFTY-FOUR HUNDRED SIXTY-NINE DOLLARS and 75/100 cents ($5,469.75), as authorized by 28 U.S.C. 2412(d), and subject to the terms of the above-referenced Stipulation.

DATED: JANUARY 27, 2015

_____
HON. ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE